

# CUYAHOGA COUNTY, Ohio
# MyPlace

**Search**

Entire County

○ Owner    ○ Parcel    ● Address

ontario and carnegie

**SEARCH RESULTS**

Click a Parcel ID to display data.

[ Download Addresses (CSV) ]

No results found. Please make sure the parcel number, name or address is entered exactly as it was recorded.





# CUYAHOGA COUNTY, Ohio
## MyPlace

**Search**

Entire County

○ Owner  ○ Parcel  ● Address

Search

**SEARCH RESULTS**

Click a Parcel ID to display data.

Download Addresses (CSV)

No results found. Please make sure the parcel number, name or address is entered exactly as it was recorded.

https://myplace.cuyahogacounty.us/b250YXJpbyBhbmQgY2FybmVnaWU=?city=OTk=&searchBy=QWRkcmVzcw==

1/2

9/6/2018            MyPlace Home



# CUYAHOGA COUNTY, Ohio
## MyPlace

**Search**

Entire County

○ Owner    ○ Parcel    ● Address

ontario and carnegie

## SEARCH RESULTS

Click a Parcel ID to display data.

[Download Addresses (CSV)]

No results found. Please make sure the parcel number, name or address is entered exactly as it was recorded.

