# Robert McIntyre

**From:** Bertovich, Richard <BRichard@city.cleveland.oh.us>
**Sent:** Wednesday, February 13, 2019 2:46 PM
**To:** Robert McIntyre
**Cc:** Boop, Elena; Crook, Elizabeth
**Subject:** FW: [Cleveland Public Records Center] City - Public Records Request :: C001935-111918

Bob:

The City responded to your public records request on December 7, 2018 with the email message below.

Rich

Richard Bertovich
Chief Assistant Director of Law
City of Cleveland Law Department Room 106
601 Lakeside Avenue
Cleveland, Ohio 44114
216-664-3312


**From:** Cleveland Public Records Center [mailto:clevelandoh@mycusthelp.net]
**Sent:** Friday, December 07, 2018 2:46 PM
**To:** rmcintyre@dhplaw.com
**Subject:** [Cleveland Public Records Center] City - Public Records Request :: C001935-111918


--- Please respond above this line ---



RE: PUBLIC RECORDS REQUEST of Reference # C001935-111918

Dear Robert McIntyre,

The City of Cleveland received a public record request from you on **November 19, 2018**. You requested the following:

"**1. The alteration of the right of way of that part of Ontario St. which was/is:**

**(a) Appurtenant to the above land on the westerly line of the right of way of Ontario;**

**(b) Changed in use from a public street right of way to greenspace/park;**

EXHIBIT "H"

(c) Specifically, but not as a limitation:

i. Any legislative or judicial abandonment or alteration/modification of said right of way;

ii Any judicial taking by reason of eminent domain or otherwise;

iii Any communication and/or interaction with any governmental agency."

This correspondence is provided as the initial response on November 23, 2018 was inadvertently submitted to an incorrect email. The email was corrected and the response is as follows:

The City has reviewed its files and has determined there are no records that are responsive to your request.

If you have any questions, or wish to discuss this further, you can reply to this email or go to the <u>Cleveland Public Records Center</u> and Send a New Message.

We apologize for any inconvenience this may have caused.

Sincerely,

City of Cleveland - Public Records

To monitor the progress or update this request please log into the <u>Cleveland Public Records Center</u>.

