

# OHIO DEPARTMENT OF TRANSPORTATION
John R. Kasich, Governor                                       Jerry Wray, Director

**District 12**
5500 Transportation Blvd., Garfield Heights, OH 44125
216-581-2100
transportation.ohio.gov

November 23, 2018

Dear Robert,

Please find enclosed a CD containing the following in response to your November 13, 2018 records request:

- Innerbelt CCG1 Right of way plans
- Innerbelt CCG1 Consent Legislation with Cleveland
- Innerbelt CCG1 Construction plans for the Ontario/Carnegie Intersection.
- Judgement entry information for the acquisition of parcel 734 in this intersection area
- Word document with links to relevant Innerbelt project information found on ODOT's public website

Please let me know if you have any trouble accessing these files or need any additional information or records.

Warm regards,

*Marissa McDaid*

Marissa McDaid
Public Information Officer
ODOT District 12: Cuyahoga, Geauga & Lake counties

**Excellence in Government**
*ODOT is an Equal Opportunity Employer and Provider of Services*

**EXHIBIT "I"**